___

**SO ORDERED,**

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: May 30, 2019**

The Order of the Court is set forth below. The docket reflects the date entered.
___

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **GARY HATFIELD,**      **CASE NO. 19-00603-NPO**

    **DEBTOR.**      **CHAPTER 13**

### ORDER DISMISSING ORDER TO SHOW CAUSE

There came on for consideration the Order to Show Cause (Dkt. #42) ("Order") entered on May 20, 2019, regarding why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment related to the hearing scheduled to take place on April 29, 2019, on the Motion to Compel Acceptance or Rejection of a Lease Agreement and to Lift the Automatic Stay (Dkt. #17) filed by Ford Motor Credit Company, LLC and the Response to Creditor's Motion to Assume Lease (Dkt. #29) filed by the Debtor.  The Court, having considered same, finds that the Order should be dismissed.

**IT IS, THEREFORE, ORDERED** that the Order is hereby dismissed.

##END OF ORDER##